# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2015

## NO. 03-15-00016-CV

**Frenkis Capriccio, Inc. and Gentjan Behaj, Appellants**

**v.**

**Performance Food Groups, Inc. d/b/a Roma Dallas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on October 9, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.